**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: ASBESTOS PRODUCTS | : | Civil Action No: |
| LIABILITY LITIGATION (No. VI) | : | MDL 875 |
| | : | |
| This Document Relates to: | : | E.D. Pa. No: |
| FERGUSON v. A.C. AND S., INC. as well as | : | 08-90234 |
| the other cases on the attached list (all CVLO cases): | | |

## ORDER

**AND NOW**, this 16th day of November, 2012, upon consideration of the following motions, responses, replies, and motions for joinder, as well as plaintiffs' omnibus response (10-67443, Doc. 191) and the September 13, 2012 oral argument on the motions:

1. Defendant CBS Corporation's Motions for Sanctions (10-68073 Doc. 153; 08-90234 Doc. 73) and responses (10-68073 Doc. 172; 08-90234 Doc. 86);

2. Defendant Duke Energy Indiana, Inc's Motion to Strike (08-89340 Doc. 96) and response (08-89340 Doc. 100);

3. General Electric Company's Motion to Strike (08-90058 Doc. 106; 08-90263 Doc. 96; 08-90132 Doc. 102; 08-90122 Doc. 112; 08-90063 Doc. 97; 08-90166 Doc. 110), responses (08-90058 Doc. 114; 08-90263 Doc. 100; 08-90132 Doc. 106; 08-90122 Doc. 115; 08-90063 Doc. 102; 08-90166 Doc. 118) and replies (e.g. 08-90058 Doc. 116); and

4. Owens-Illinois, Inc.'s Motions to Strike (09-60552 Doc. 93; 10-67814 Doc. 114; 09-60256 Doc. 82; 09-61026 Doc. 106; 10-67443 Doc. 175; 11-63501 Doc. 155; 08-90058 Doc. 104; 08-90132 Doc. 101; 08-90263 Doc. 95; 08-90166 Doc. 107; 10-67555 Doc. 116; 11-66746 Doc. 176; 11-63483 Doc. 352) and responses (09-60552 Doc. 102; 09-60256 Doc. 89; 09-61026 Doc. 114; 11-63501 Doc. 164; 08-90132 Doc. 105; 08-90263 Doc. 99; 10-67555 Doc. 118; 11-66746 Doc. 182; 11-63483 Doc. 362);

it is hereby **ORDERED** that:

5. All motions for joinder are **GRANTED**;

6. CBS Corporation's Motions for Sanctions in Plue, (10-68073 Doc. 153) and Ferguson, (08-90243 Doc. 73) are **DENIED**;

7. The remaining motions listed above are **GRANTED in part** as described in the attached

memorandum in that all interrogatory responses which were not verified by the Plaintiffs are struck; and

8. all other relief requested is **DENIED**.

**BY THE COURT:**


   **/s/ David R. Strawbridge**
**DAVID R. STRAWBRIDGE**
**UNITED STATES MAGISTRATE JUDGE**

# CASE LIST

| | | | |
|---|---|---|---|
| **Krik** | **Charles** | **11-CV-63473** | **Top Ten** |
| **Menozzi** | **Eugene** | **08-CV-89865** | **1&2 Subgroup A** |
| **Carnegie** | **John** | **08-CV-89958** | **1&2 Subgroup A** |
| **Hollins** | **Willie** | **08-CV-90201** | **1&2 Subgroup A** |
| **Winslow** | **Terry** | **08-CV-92114** | **1&2 Subgroup A** |
| **Johnson** | **Richard** | **08-CV-92122** | **1&2 Subgroup A** |
| **Weber** | **Daniel** | **08-CV-92132** | **1&2 Subgroup A** |
| **Hutchinson** | **Jack** | **08-CV-92157** | **1&2 Subgroup A** |
| **O'Keefe** | **Robert** | **08-CV-92210** | **1&2 Subgroup A** |
| **Frankenberger** | **Howard** | **09-CV-61717** | **1&2 Subgroup A** |
| **McCullum** | **Roosevelt** | **08-CV-89883** | **1&2 Subgroup B** |
| **De Witt** | **Elsie** | **08-CV-90189** | **1&2 Subgroup B** |
| **Centers** | **Albert** | **08-CV-90268** | **1&2 Subgroup B** |
| **Smith** | **Ronald** | **08-CV-90287** | **1&2 Subgroup B** |
| **Wilson** | **Merle** | **08-CV-91879** | **1&2 Subgroup B** |
| **Pray** | **Frankie** | **08-CV-91884** | **1&2 Subgroup B** |
| **Buchanan** | **Howard** | **08-CV-92038** | **1&2 Subgroup B** |
| **Black** | **John** | **10-CV-68110** | **1&2 Subgroup B** |
| **Malone** | **Clifford** | **10-CV-68124** | **1&2 Subgroup B** |
| **Ferguson** | **James** | **08-CV-90234** | **1&2 Subgroup C** |
| **Norberg** | **Earl** | **08-CV-90264** | **1&2 Subgroup C** |
| **Bault** | **Charles** | **08-CV-91663** | **1&2 Subgroup C** |
| **Bugg** | **William** | **08-CV-91729** | **1&2 Subgroup C** |
| **Schurtz** | **Michael** | **08-CV-91742** | **1&2 Subgroup C** |
| **Spangler** | **Herbert** | **08-CV-91882** | **1&2 Subgroup C** |
| **Thomas** | **Glendel** | **08-CV-92206** | **1&2 Subgroup C** |
| **Henney** | **Jean** | **09-CV-64629** | **1&2 Subgroup C** |
| **Allen** | **Gary** | **10-CV-67536** | **1&2 Subgroup C** |
| **Plue** | **Richard** | **10-CV-68073** | **1&2 Subgroup C** |
| **Dover** | **Jackie** | **10-CV-68127** | **1&2 Subgroup C** |
| **Cummings** | **Ronald** | **10-CV-68902** | **1&2 Subgroup C** |
| **Doyle** | **James** | **08-CV-89845** | **3** |
| **Haffner** | **Robert** | **08-CV-89863** | **3** |
| **Larweth** | **Dennis** | **08-CV-89914** | **3** |
| **Wilson** | **Harold** | **08-CV-90732** | **3** |
| **Childs** | **Earl** | **08-CV-91089** | **3** |
| **Suoja** | **Oswald** | **09-CV-60256** | **3** |
| **Hass** | **Laverne** | **09-CV-60267** | **3** |
| **Hass** | **Laverne** | **09-CV-60298** | **3** |
| **Meagher** | **John** | **09-CV-60445** | **3** |
| **Connell** | **Daniel** | **09-CV-60552** | **3** |
| **Obermeier** | **Sylvester** | **09-CV-61019** | **3** |
| **Schmoll** | **Cyril** | **09-CV-61026** | **3** |
| **Morris** | **Michael** | **09-CV-61495** | **3** |
| **Waltenberg** | **Claude** | **09-CV-61499** | **3** |

| Last Name | First Name | Case Number | Group |
|---|---|---|---|
| Vradenburg | Stanley | 09-CV-62185 | 3 |
| Woods | James | 09-CV-62583 | 3 |
| Willocks | Tommy | 09-CV-64701 | 3 |
| Stephens | John | 09-CV-64733 | 3 |
| Rickey | Marvin | 10-CV-61345 | 3 |
| Lorentz | Eugene | 10-CV-61348 | 3 |
| Sutherlin | James | 10-CV-64565 | 3 |
| Collins | Arthur | 10-CV-64567 | 3 |
| Louis | Richard | 10-CV-64606 | 3 |
| Cadotte | Joseph | 10-CV-64680 | 3 |
| Ahnert | Daniel | 10-CV-67443 | 3 |
| Held | Donald | 10-CV-67814 | 3 |
| Binder | Robert | 10-CV-67817 | 3 |
| Jakubowski | Florian | 10-CV-67831 | 3 |
| Andris | Arthur | 10-CV-67885 | 3 |
| Hakes | Donald | 10-CV-68063 | 3 |
| Reed | Hugh | 08-CV-88250 | 4 |
| Austin | Richard | 08-CV-89340 | 4 |
| Heggie | JW | 08-CV-89372 | 4 |
| McFarland | Charles | 08-CV-89381 | 4 |
| Cook | Joseph | 08-CV-89446 | 4 |
| Kemper | Jack | 08-CV-89498 | 4 |
| Fata | Frank | 08-CV-90058 | 4 |
| Schmidt | Donald | 08-CV-90063 | 4 |
| Phillips | John | 08-CV-90122 | 4 |
| Jones | Asa | 08-CV-90132 | 4 |
| Willey | Russel | 08-CV-90166 | 4 |
| Jackson | Floyd | 08-CV-90263 | 4 |
| Percy | Warren | 08-CV-90465 | 4 |
| Weber | Ronald | 08-CV-91052 | 4 |
| Holme | Darrell | 08-CV-91090 | 4 |
| Baker | Joseph | 08-CV-91189 | 4 |
| Bolton | John | 09-CV-60186 | 4 |
| Esser | Charles | 09-CV-60287 | 4 |
| Bresnahan | Thomas | 09-CV-60331 | 4 |
| Jones | Duane | 09-CV-60440 | 4 |
| Lundahl | Robert | 09-CV-60444 | 4 |
| Sienko | Ronald | 09-CV-60481 | 4 |
| Jeske | Kenneth | 09-CV-60547 | 4 |
| Junk | Bonnie | 09-CV-60550 | 4 |
| Nuutinen | Charles | 09-CV-61333 | 4 |
| Frisch | Louis | 09-CV-61354 | 4 |
| Schroeder | Cletus | 09-CV-61430 | 4 |
| Crumwell | Richard | 09-CV-61744 | 4 |
| Ruesken | Louis | 09-CV-61820 | 4 |
| Giuliano | William | 09-CV-64609 | 4 |

| | | | |
|---|---|---|---|
| Ringo | Robert | 09-CV-91454 | 4 |
| Bennington | Martin | 10-CV-61115 | 4 |
| Pietrzycki | Stanley | 10-CV-61349 | 4 |
| Suhaysik | Raymond | 10-CV-61865 | 4 |
| Dittamore | William | 10-CV-64583 | 4 |
| Embly | Robert | 10-CV-64584 | 4 |
| Kelley | Howard | 10-CV-67555 | 4 |
| Arseneault | Clovis | 10-CV-67621 | 4 |
| Gosz | Clarence | 10-CV-67808 | 4 |
| Risse | Loren | 10-CV-67857 | 4 |
| Patrick | Homer | 10-CV-68864 | 4 |
| Herr | Richard | 11-CV-60064 | 4 |
| Van Stippen | Joseph | 11-CV-63483 | 4 |
| Strerath | William | 11-CV-63496 | 4 |
| Brazzoni | Alfred | 11-CV-63501 | 4 |
| Tischer | Daniel | 11-CV-63503 | 4 |
| Muehlberger | Max | 11-CV-63518 | 4 |
| Johnson | Francis | 11-CV-66278 | 4 |
| Zellner | Clifford | 11-CV-66746 | 4 |
| Kirk | Delbert | 08-CV-89494 | 5 |
| Riggs | Irving | 08-CV-91762 | 5 |
| Hicks | William | 08-CV-91888 | 5 |
| Maulding | Duane | 08-CV-92113 | 5 |
| Walker | Clarence | 08-CV-92136 | 5 |
| Serstad | Richard | 09-CV-60165 | 5 |
| Loeffelad | Walter | 09-CV-60231 | 5 |
| Caturia | Frederick | 09-CV-60271 | 5 |
| Akey | Richard | 09-CV-60286 | 5 |
| Reno | Charles | 09-CV-60293 | 5 |
| Dunne | Michael | 09-CV-60329 | 5 |
| Burns | John | 09-CV-60476 | 5 |
| Schulze | Ronald | 09-CV-60516 | 5 |
| Miller | Frank | 09-CV-60520 | 5 |
| Reich | Ronald | 09-CV-60523 | 5 |
| Enerson | Donald | 09-CV-61004 | 5 |
| Flaatten | Ronald | 09-CV-61006 | 5 |
| Jelinski | Jerome | 09-CV-61012 | 5 |
| White | Paul | 09-CV-61033 | 5 |
| Holcomb | Edward | 09-CV-61314 | 5 |
| Metzger | Jack | 09-CV-61322 | 5 |
| Rathsack | Michael | 09-CV-61347 | 5 |
| Gabrus | Donald | 09-CV-61357 | 5 |
| Horton | Julius | 09-CV-61469 | 5 |
| Ketchum | Richard | 09-CV-61481 | 5 |
| Reichert | Norman | 09-CV-61487 | 5 |
| Kiepert | William | 09-CV-61544 | 5 |

| | | | |
|---|---|---|---|
| Enos | Carroll | 10-CV-61422 | 5 |
| Kumferman | Henry | 10-CV-61429 | 5 |
| Bartlett | Robert | 10-CV-61467 | 5 |
| Gottsacker | Randall | 10-CV-61885 | 5 |
| Zimmer | Lawrence | 10-CV-61896 | 5 |
| Nelson | Marlin | 10-CV-61956 | 5 |
| Sebastian | Sigfried | 10-CV-64686 | 5 |
| Wagner | Edward | 10-CV-67704 | 5 |
| Berger | Thomas | 10-CV-67758 | 5 |
| Conway | Harold | 10-CV-67785 | 5 |
| Hickmann | Eugene | 10-CV-67805 | 5 |
| Junk | William | 10-CV-67841 | 5 |
| Irons | Gary | 10-CV-68130 | 5 |
| Bucknell | Bertha | 11-CV-63908 | 5 |
| Reno | Charles | 11-CV-67724 | 5 |
| Oliphant | John | 11-CV-67767 | 5 |
| Dice | James | 08-CV-88411 | 6 |
| Bartlett | Thomas | 08-CV-89791 | 6 |
| Rome | Douglas | 08-CV-89825 | 6 |
| Czajkoski | Walter | 08-CV-89969 | 6 |
| Klimek | David | 08-CV-90065 | 6 |
| Matlock | Benjamin | 08-CV-90099 | 6 |
| Graham | Marion | 08-CV-90139 | 6 |
| Hamerla | John | 08-CV-90208 | 6 |
| Patrick | Carolyn | 08-CV-90221 | 6 |
| Woodmaster | Charles | 08-CV-91087 | 6 |
| Gard | Leslie | 08-CV-91736 | 6 |
| Van Dolah | Vernon | 08-CV-91880 | 6 |
| Graves | William | 08-CV-92120 | 6 |
| Lawless | Anthony | 08-CV-92161 | 6 |
| Massey | Leonard | 09-CV-61356 | 6 |
| Deters | Cletus | 10-CV-64585 | 6 |
| Richardson | Eleanore | 10-CV-67553 | 6 |
| Nichols | Gerald | 10-CV-68097 | 6 |
| Toon | Lloyd | 08-CV-88707 | 7 |
| Brown | Gary | 08-CV-89945 | 7 |
| Bey | George | 08-CV-89979 | 7 |
| Brigham | George | 08-CV-89984 | 7 |
| White | Shirley | 08-CV-90171 | 7 |
| Smith | Leo | 08-CV-90276 | 7 |
| Scott | Thomas | 08-CV-91314 | 7 |
| Taylor | James | 08-CV-91881 | 7 |
| Nehlsen | Michael | 08-CV-91893 | 7 |
| Ayers | Mark | 08-CV-91953 | 7 |
| Daniels | Jimmie | 08-CV-92259 | 7 |
| Engelman | Patrick | 09-CV-60939 | 7 |

| | | | |
|---|---|---|---|
| Campbell | Elmer | 10-CV-61341 | 7 |
| Benson | Harold | 10-CV-64563 | 7 |
| Carlson | Neil | 10-CV-67533 | 7 |
| Carmichael | James | 10-CV-67545 | 7 |
| Cyril | Svatek | 11-CV-64036 | 7 |
| Jurglanis | Clemens | 12-CV-60003 | 7 |
| Spychalla | Leonard | 12-CV-60004 | 7 |
| Eulgen | Louis | 12-CV-60019 | 7 |
| Krueger | Glenn | 12-CV-60020 | 7 |
| Pehlke | Luella | 12-CV-60049 | 7 |
| McNair | Mary | 12-CV-60160 | 7 |

Certificate of Service

**MAILED:**

| | | | |
|---|---|---|---|
| ALBERT BOWER | DEREK SMITH | KELLY CHERF | RICHARD BOLTON |
| AMBER ACHILLES | DEVLIN SCHOOP | KELLY MCCLOSKEY | RICHARD CHAPIN |
| ANDREW WOLF | DONALD BERGER | KENNETH GORENBERG | RICHARD HAAS |
| BARRY ROBIN | DONALD BROAD | KEVIN LONG | RICHARD STEINKEN |
| BEAU SEFTON | ELIZABETH HARVEY | KEVIN REID | ROBERT HALEY |
| BILLEE WARD | FRANCIS MORRISSEY | KRISTIN ACHTERHOF | ROBERT KOPKA |
| BRADLEY FALKOF | GARY SMITH | LAURA O'CONNELL | RONALD CURTIS |
| BRIAN CAHILL | J. GASS | LEON TODD | RONALD LIPINSKI |
| BRIAN FIELDS | JACK BLOCK | LISA WARWICK | RONALD WELDY |
| BRIAN PLEGGE | JACQUELYN CHAMPAGNE | LORI YOKOYAMA | ROSEANNE LOFTUS |
| BRUCE KAMPLAIN | JAMES CULHANE | MARK JOHNSON | RUSSELL HOOVER |
| BRUCE MARR | JAMES FIEWEGER | MARK LIES | SCOTT KYROUAC |
| C. KOEBELE | JAMES PECKERT | MARK RAKOCZY | SEAN MACK |
| CAROL PRYGROSKY | JAMES SNYDER | MATTHEW LEE | STACEY SENECZKO |
| CHARLES BOHL | JAMES WHEELER | MAUREEN KELLY | STEPHEN KAUFMANN |
| CHARLES DARGO | JAN DODD | MELISSA SKILKEN | STEPHEN KRAVIT |
| CHARLES REITER | JEFFREY MCKEAN | MICHAEL BISHOP | STEPHEN MAASSEN |
| CHRISTOPHER RAISTRICK | JEFFREY SCHMECKPEPER | MICHAEL CIESLEWICZ | STEVEN CELBA |
| CLARKE GILLESPIE | JENNIFER FARDY | MICHAEL HENNIG | STEVEN SANDERS |
| CREED TUCKER | JENNIFER SEIDLER | MICHAEL KAEDING | SUSAN GUNTY |
| D. GLOOR | JEROME KRINGS | MICHAEL KOKAL | SUSAN HUNTER |
| DANIEL FARROLL | JOAN IRICK | MICHAEL O'ROURKE | THADDEUS STANKOWSKI |
| DANIEL OVERBEY | JOEL POOLE | MICHELLE MONTGOMERY | THOMAS EHRHARDT |
| DAVID BARTEL | JOHN CHILDERS | PAMELA PAIGE | THOMAS MEYER |
| DAVID MORRIS | JOHN DAMES | PATRICK HAGGERTY | THOMAS WILSON |
| DAVID MUELLER | JOHN DIXON | PATRICK JONES | TIMOTHY FAGAN |
| DAVID ROLF | JOHN STUCKEY | PATRICK MCKENNA | TIMOTHY UEBER |
| DEAN PANOS | JOSEPH O'HARA | PATRICK PHILLIPS | VANI SINGHAL |
| DEBORAH SOLMOR | JOSEPH WITEK | PETER CARLSON | VICTOR LAZZARETTI |
| DEMARCUS GORDON | JOSHUA MURPHY | PETER HATTON | W. WELSH |
| DENIS RISCHARD | JUAN RAMIREZ | R. MUTH | WILLIAM EHRKE |
| DENNIS DOBBELS | K. CAREY | R. STOMMEL | WILLIAM HASSLER |
| DENNIS GRABER | KARL KOONS | RICHARD BAKER | WILLIAM MCGRATH |
| | | | ZANE LUCAS |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DOUGLAS KING | JOSEPH SULLIVAN | REED SUGG |
| ADAM LAGOCKI | DOUGLAS PROCHNOW | JOSHUA JOHANNINGMEIER | RICHARD LAUTH |
| AHNDREA VANDENELZEN | DREW ODUM | JOSHUA LEE | RICHARD RIEGNER |
| ALLEN VAUGHAN | EDWARD CASMERE | KAREN RHEINGANS | RICHARD SCHUSTER |
| AMANDA SUMMERLIN | EDWARD CRANE | KATHERINE SPITZ | ROBERT LONG |
| AMIEL GROSS | EDWARD KENNEY | KATHRYN DOWNEY | ROBERT MCCOY |
| ANDREW DETHERAGE | EDWARD MACCABE | KAYCE GISINGER | ROBERT PISANI |
| ANTHONY GOLDNER | EDWARD MCCAMBRIDGE | KEITH HAYS | ROBERT RALEIGH |
| BARBARA BUBA | EMILY ZAPOTOCNY | KENT PLOTNER | ROBERT RILEY |
| BARRY LOFTUS | ERIC CARLSON | KENT ROGERS | ROBERT SANDS |
| BARRY SHORT | FORREST WILKES | KEVIN KNIGHT | ROBERT SCHROEDER |
| BASIL DISIPIO | GARY SMITH | KIMBERLY HILLMAN | ROBERT SCOTT |
| BETH HUGHES | GEORGE KISER | KIMBERLY SARFF | ROBERT SPINELLI |
| BRADLEY BULTMAN | GERMAINE WILLETT | KIRK HARTLEY | ROBERT SPITKOVSKY |
| BRADLEY NAHRSTADT | GREGORY COCHRAN | KNIGHT ANDERSON | ROGER HEIDENREICH |
| BRETT LARSEN | GREGORY GOLDBERG | KRISTINA LEMANSKI | RONALD AUSTIN |
| BRIAN WATSON | GREGORY LYONS | KURT REITZ | RONALD HACK |
| BRUCE CLARK | GREGORY MCNAMEE | KURTIS REEG | RUSSELL KLINGAMAN |
| BRYAN SKELTON | HEIDI RUCKMAN | LANCE MUELLER | RUSSELL SCOTT |
| BRYCE BENNETT | HOWARD MORRIS | LAUREL JOHNSON | SARAH MILLER |

| | | | |
|---|---|---|---|
| C. DOUGLAS | J. BRADLEY | LAURIE MCLEROY | SARAH PAGELS |
| C. EVERT | J. MALONEY | LAURIE RANDOLPH | SCOTT HENRY |
| CARMEN ANDERSON | JACOB SAWYER | LESLEY SHERMETA | SCOTT SIMPKINS |
| CAROL ZUCKERMAN | JAMES BOYERS | LISA DILLMAN | SCOTT THOMSEN |
| CATHERINE CARLSON | JAMES CARTER | M. GRANT | SEAN SHEEHAN |
| CATHERINE MOHAN | JAMES HOUSE | MAJA EATON | SHAWANE LEE |
| CATHY MOLCHIN | JAMES KASPER | MARGARET FOSTER | SHAWN BABIUCH |
| CHAN MCLEOD | JAMES MORRISON | MARK EISLER | SHEHZAD HASAN |
| CHARLES JOLEY | JAMES MURRAY | MARK FELDMANN | SHEILA BIRNBAUM |
| CHRISTI JONES | JAMES NIQUET | MARK LUDOLPH | STEPHEN JENKINS |
| CHRISTOPHER BANASZAK | JAMES SVAJGL | MARK SAMPSON | STEPHEN MILOTT |
| CHRISTOPHER CONRAD | JAMES WALTON | MARK TIVIN | STEPHEN SCHWARTZ |
| CHRISTOPHER LARSON | JAMES WYNNE | MARTHA REGGI | STEVEN BARBER |
| CHRISTOPHER LEE | JAMIE YADGAROFF | MARTIN SCHWARTZ | STEVEN BESHORE |
| CHRISTOPHER P.BANASZAK | JANELLE LINDER | MARY ANN HATCH | STEVEN CARLSON |
| CHRISTOPHER TRIBLE | JASON CINCILLA | MARY GAY | STEVEN KIRSCH |
| CHRISTOPHER WAHL | JASON KENNEDY | MATTHEW FISCHER | SUSAN MEHRINGER |
| CLARE MAISANO | JASON RUBIN | MATTHEW JARDINE | TEIRNEY CHRISTENSON |
| CLARE RUSH | JEFFREY FULTZ | MATTHEW THIBODEAU | THOMAS CANNON |
| CONNIE POSTELLI | JEFFREY HEBRANK | MAUREEN COLEMAN | THOMAS GILLIGAN |
| CRAIG BRASFIELD | JEFFREY ROGERS | MELISSA SMITH | THOMAS GONZALEZ |
| CRAIG LILJESTRAND | JEFFREY SCHIEBER | MICAH INLOW | THOMAS HAYES |
| CRAIG TURET | JENNIFER BLACKWELL | MICHAEL ANTIKAINEN | THOMAS KERNELL |
| CURTIS BAILEY | JENNIFER KALAS | MICHAEL BERGIN | THOMAS NORBY |
| CYNTHIA LOCKE | JENNIFER STUDEBAKER | MICHAEL BLOCK | THOMAS ORRIS |
| DANIEL CHEELY | JEREMY HARRIS | MICHAEL CASCINO | THOMAS SCHMITZER |
| DANIEL DONAHUE | JIN-HO CHUNG | MICHAEL DENNING | THOMAS SCHRIMPF |
| DANIEL ELGER | JOHN BABIONE | MICHAEL DRUMKE | THOMAS TARDY |
| DANIEL GRIFFIN | JOHN CANONI | MICHAEL ROSENBERG | THOMAS THIBODEAU |
| DANIEL JARDINE | JOHN DOUGLAS | MICHAEL TRUCCO | TIFFANY TURNER |
| DANIEL LONG | JOHN FONSTAD | MICHAEL ZUKOWSKI | TIMOTHY KAPSHANDY |
| DANIEL MANNA | JOHN HELLER | MITCHELL MOSER | TIMOTHY KRIPPNER |
| DANIEL MCGRATH | JOHN KUROWSKI | NATHAN FRONK | TIMOTHY PAGEL |
| DANIEL MULHOLLAND | JOHN LAFFEY | NATHANIEL CADE | TIMOTHY PIKE |
| DANIEL O'CONNELL | JOHN MCCANTS | NEAL MCQUEENEY | TOBIN TAYLOR |
| DANIEL TRACHTMAN | JOHN SEEBOHM | NICHOLAS NIZAMOFF | TRACY COWAN |
| DAVID DAMICO | JOHN SHEFFER | NICOLE BEHNEN | TREVOR WILL |
| DAVID DOGAN | JOHN SON | OLLIE HARTON | W. SIESENNOP |
| DAVID FANNING | JOHN WALLER | PATRICK FINNEGAN | WALTER JENKINS |
| DAVID JONES | JON BAROOSHIAN | PATRICK LAMB | WALTER WATKINS |
| DAVID SETTER | JON FREDRICKSON | PATRICK STUFFLEBEAM | WARD BROWN |
| DAVID SZLANFUCHT | JON GOLDWOOD | PAUL O'FLAHERTY | WAYNE MARVEL |
| DAVID TEMPLE | JONATHAN MATTINGLY | PAUL WOJCICKI | WILLIAM CROKE |
| DAVID YBARRA | JONATHAN PARRINGTON | PETER MARKS | WILLIAM MAHONEY |
| DEMETRA CHRISTOS | JOSEPH CAGNOLI | PETER MCKENNA | WILLIAM SERRITELLA |
| DENNIS CANTRELL | JOSEPH KRASOVEC | R. WILLINGHAM | WILLIAM SHULTZ |
| DONALD CARLSON | JOSEPH REJANO | RAYMOND FOURNIE | WILLIAM SMITH |
| | | RAYMOND MODESITT | WILLIS TRIBLER |